```
                 UNITED STATES DISTRICT COURT
                          FOR THE
                     DISTRICT OF VERMONT

Stephen Cole,                       :
      Plaintiff,                    :
                                    :
     v.                             : File No. 2:07-CV-22
                                    :
Donald Richardson, and              :
Paige & Campbell, Inc.              :
d/b/a Taylor-Palmer Insurance       :
Agency,                             :
      Defendants.                   :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed September 25, 2007.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The motion to dismiss (Paper 8) is hereby DENIED.

Dated at Burlington, in the District of Vermont, this 17th day of October, 2007.

```
                         /s/ William K. Sessions III
                         William K. Sessions III
                         Chief Judge
```